

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Tristan Duane Bell,

\* From the 35th District Court
of Brown County,
Trial Court No. CR28491

Vs. No. 11-22-00045-CR

\* July 7, 2023

The State of Texas,

\* Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.